FILED

01/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0314

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0314

_____

DEBRA V. SCHUTTER and SIDNEY J.
SCHUTTER,

      Claimants and Appellants.

                                 O R D E R

STATE OF MONTANA BOARD OF LAND
COMMISSIONERS,

      Objector and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Stephen R. Brown, Water Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2024